Ramin R. Younessi (SBN 175020)
ryounessi@younessilaw.com
Samvel Geshgian (SBN 300470)
sgeshgian@younessilaw.com
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Blvd. Suite 2200
Los Angeles, CA 90010
Telephone: (213) 480-6200
Facsimile: (213) 480-6201

Attorneys for Plaintiff,
MARIA TERESA CHAN COTOC

Daniel B. Chammas (SBN 204825)
dchammas@fordharrison.com
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 237-2400
Facsimile: (213) 237-2401

Attorneys for Defendant,
DOLEX DOLLAR EXPRESS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TERESA CHAN COTOC, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DOLEX DOLLAR EXPRESS, INC., a Texas Corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-06066-JAK-MAA<br><br>[Assigned for all purposes to the Honorable Judge John A. Kronstadt]<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action filed:   May 26, 2020<br>Removal date:  July 9, 2020 |

Plaintiff Maria Teresa Chan Cotoc ("Plaintiff") and Defendant DolEx Dollar Express, Inc. ("Defendant") (collectively the "Parties"), acting through counsel, hereby stipulate that the above-captioned action should be dismissed in its entirety with prejudice pursuant to Federal Code of Civil Procedure 41(a)(1)(A)(ii), as follows:

WHEREAS, the Parties have informally resolved Plaintiff's claims; and

WHEREAS, Plaintiff desires to dismiss the action in its entirety and all claims against Defendant with prejudice.

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record that this action shall be and hereby is dismissed with prejudice pursuant to Federal Code of Civil Procedure 41(a), with each party to bear her/its own attorneys' fees and costs.

Dated: January 31, 2022               LAW OFFICES OF RAMIN R.
                                      YOUNESSI, APLC

                                By:   */s/ Samvel Geshgian*
                                      Ramin R. Younessi
                                      Samvel Geshgian
                                      Attorneys for Plaintiff
                                      MARIA TERESA CHAN COTOC

Dated: January 31, 2022               FORD & HARRISON LLP

                                By:   */s/ Daniel Chammas*
                                      Daniel B. Chammas, Esq.
                                      Jason Shon, Esq.
                                      Attorneys for Defendant
                                      DOLEX DOLLAR EXPRESS, INC.

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4(a)(2)**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2), I have obtained the authorization from each of the above signatories to file the above-referenced document, and that the above signatories concur in and authorize the filing's content. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 31, 2022                    FORD & HARRISON LLP


By: */s/ Daniel Chammas*
Daniel B. Chammas, Esq.
Jason Shon, Esq.
Attorneys for Defendant,
DOLEX DOLLAR EXPRESS, INC.

# PROOF OF SERVICE

I, Lillian Marquez, declare:

I am a citizen of the United States and employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 S. Grand Avenue, Suite 2300, Los Angeles, CA 90071.

On January 31, 2022, I served a copy of the within document(s):

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

☒ **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

| | |
|---|---|
| Ramin R. Younessi | Attorneys for Plaintiff, |
| Samvel Geshgian | MARIA TERESA CHAN COTOC |
| Armand Antonyan | |
| Law Offices of Ramin R. Younessi | |
| 3435 Wilshire Blvd., Suite 2200 | |
| Los Angeles, CA 90010 | |
| Telephone: 213-480-6200 | |
| Facsimile: 213-480-6201 | |
| E-mail: SGeshgian@younessilaw.com | |
| AAntonyan@younessilaw.com | |
| TNoda@younessilaw.com | |

I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 31, 2022, at Los Angeles, California.

*/s/ Lillian Marquez*

Lillian Marquez